**Opinion issued April 1, 2025**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-24-00992-CV

———————————

### IN RE LIANGYING "STEVE" ZHAO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator has filed a motion to dismiss this original proceeding as moot.[1]

Accordingly, we reinstate the original proceeding,[2] grant the motion, and dismiss

---

[1]     The underlying case is *Wan Bridge Group, LLC v. Liangying "Steve" Zhao and Builderstar Inc.*, cause number 2021-15951, pending in the 333rd District Court of Harris County, Texas, the Honorable Tracy Dwight Good presiding.

[2]     We previously abated this original proceeding. *See* TEX. R. APP. P. 7.2(b).

the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.